MICHAEL L. TRACY, ESQ., SBN 237779
MTRACY@MICHAELTRACYLAW.COM
MEGAN ROSS HUTCHINS, ESQ., SBN 227776
MHUTCHINS@MICHAELTRACYLAW.COM
LAW OFFICES OF MICHAEL TRACY
2030 Main Street, Suite 1300
Irvine, CA  92614
T: (949) 260-9171
F: (866) 365-3051

Attorneys for Plaintiff HOLLI MENDEZ

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| HOLLI MENDEZ, *et al* <br><br> Plaintiff, <br><br> vs. <br><br> TWEEN BRANDS, INC., <br><br> Defendant. | Case No.: 2:10-cv-00072-MCE-DAD <br><br> **STIPULATION AND ORDER** |

Plaintiff, HOLLI MENDEZ, and Defendant TWEEN BRANDS, INC. stipulate to the following:

1. Plaintiff commenced this lawsuit on January 8, 2010.

2. No date has been set yet for the last date to amend the pleadings.

3. Plaintiff has not previously filed an amended pleading.

4. Attached to this Stipulation is a copy of the proposed First Amended Complaint.

5. Plaintiff wishes to amend her complaint to add an additional party and to clarify allegations contained in the complaint. The new party also adds an additional cause of action.

6. Defendant wishes to avoid the time and expense of requiring Plaintiff to file a motion to amend her complaint.

7. Defendant reserves all rights and defenses to respond to the amended complaint.

8. The parties have discussed Defendant's response to the proposed First Amended Complaint and feel that Defendant will need additional time in order to file a response pleading.

9. The parties have agreed that Defendant will have 40 days from the filing of the First Amended Complaint to file a responsive pleading.

10. The extra time in responding will be used by the parties to further meet and confer and narrow the issues to be addressed by the Court.

DATED: April 2, 2010                    LAW OFFICES OF MICHAEL TRACY

                                        /s/ Michael Tracy
                                    By: _____
                                        MICHAEL TRACY, Attorney for Plaintiffs

DATED: April 5, 2010                    Littler Mendelson

                                    By: _____/s/_____
                                        Robert Zaletel, Attorney for Defendant

**IT IS SO ORDERED THAT PLAINTIFF MAY FILE THE ATTACHED FIRST AMENDED COMPLAINT AND THAT DEFENDANT'S RESPONSE IS DUE THIRTY (30) DAYS AFTER THE DATE SAID FIRST AMENDED COMPLAINT IS ELECTRONICALLY FILED.**

**DATED:** April 7, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

-2-