MICHAEL L. TRACY, ESQ., SBN 237779
MTRACY@MICHAELTRACYLAW.COM
MEGAN ROSS HUTCHINS, ESQ., SBN 227776
MHUTCHINS@MICHAELTRACYLAW.COM
LAW OFFICES OF MICHAEL TRACY
2030 Main Street, Suite 1300
Irvine, CA  92614
T: (949) 260-9171
F: (866) 365-3051

Attorneys for Plaintiff HOLLI MENDEZ

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| HOLLI MENDEZ, *et al* <br><br> Plaintiff, <br><br> vs. <br><br> TWEEN BRANDS, INC., <br><br> Defendant. | Case No.: 2:10-cv-00072-MCE-DAD <br><br> **AMENDED REQUEST FOR TELEPHONIC APPEARANCE AT MOTION HEARING; ORDER** <br><br> Hearing Date: June 10, 2010 2:00 PM <br> Judge: Hon. Morrison C. England, Jr. <br> Dept: 7 |

PLEASE TAKE NOTICE that Plaintiffs' counsel respectfully request to appear telephonically at the hearing for Defendant's Motion to Strike Portions of First Amended Complaint and/or for Order that Plaintiffs' Representative PAGA Claims are governed by FRCP Rule 23 currently scheduled for June 10, 2010 at 2:00p.m. before the Honorable Morrison C. England, Jr. of the above entitled court.  Counsel for Plaintiffs are not the moving party for this motion, are located in Southern California, and the cost to travel would cause undue hardship on Plaintiffs.  The direct number for Plaintiff's counsel to be reached is (949)260-9171.

-1-

1 | DATED: June 3, 2010                               LAW OFFICES OF MICHAEL TRACY

                                    By:     _____/S/_____
                                            MICHAEL TRACY, Attorney for Plaintiffs

**ORDER**

IT IS SO ORDERED.

DATED: June 4, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE