MICHAEL L. TRACY, ESQ., SBN 237779
MTRACY@MICHAELTRACYLAW.COM
MEGAN ROSS HUTCHINS, ESQ., SBN 227776
MHUTCHINS@MICHAELTRACYLAW.COM
LAW OFFICES OF MICHAEL TRACY
2030 Main Street, Suite 1300
Irvine, CA 92614
T: (949) 260-9171
F: (866) 365-3051

Attorneys for Individual and Representative
Plaintiffs HOLLI MENDEZ and KATHRYN HAWKES

MARGARET HART EDWARDS, Bar No. 65699
Email: mhedwards@littler.com
ROBERT L. ZALETEL, Bar No. 96262
Email: rzaletel@littler.com
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
Fax No.: 415.399.8490

Attorneys for Defendant
TWEEN BRANDS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLI MENDEZ, an individual, and KATHRYN HAWKES, on behalf of themselves and others similarly situated and on behalf of The State of California Labor and Workforce Development Agency as a Private Attorney General,<br><br>Plaintiffs,<br><br>v.<br><br>TWEEN BRANDS, INC., a Delaware Corporation,<br><br>Defendant. | Case No.  2:10-cv-00072-MCE-DAD<br><br>**ORDER GRANTING JOINT MOTION FOR CERTIFICATION OF SETTLEMENT CLASS AND PRELIMINARY APPROVAL OF SETTLEMENT**<br><br>Date:     March 24, 2011<br>Time:    2:00 p.m.<br>Judge:   Hon. Morrison C. England, Jr. |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

[PROPOSED] ORDER GRANTING JOINT MOTION FOR CERTIFICATION OF SETTLEMENT CLASS

TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:

Plaintiffs' motion for preliminary approval of the class action settlement came before this Court, Hon. Morrison C. England, Jr. presiding, on March 24, 2011. Pursuant to Local Rule 230(g), the Court dispensed with oral argument. Having considered the papers submitted in support of the application of the parties, HEREBY ORDERS THE FOLLOWING:

1. The Court grants preliminary approval of the Settlement and the Settlement Class based upon the terms set forth in the Stipulation and Agreement of Compromise and Settlement ("Settlement Agreement"), attached to the Notice of Motion and Motion as Exhibit A. The Settlement appears to be fair, adequate, and reasonable to the Class.

2. The Settlement falls within the range of reasonableness and appears to be presumptively valid, subject only to any objections that may be raised at the final fairness hearing and final approval by this Court.

3. A final fairness hearing on the question of whether the proposed Settlement, attorneys' fees to Class Counsel, and the Class Representative's enhancement payments should be finally approved as fair, reasonable, and adequate as to the members of the Class is scheduled for July 28, 2011, at 2:00 p.m., in the Courtroom of the Hon. Morrison C. England, Jr.

4. The Court approves, as to form and content, the Notice of Class Action Settlement ("Notice") attached to the Notice of Motion and Motion as Exhibit A (A) and the Claim Form in substantially the form attached thereto as Exhibit A (B). The Court approves the procedure for Class Members to participate in, to opt out of, and to object to the Settlement as set forth in the Notice.

5. The Court directs the mailing of the Notice and the Claim Form by first-class mail to the Class Members in accordance with the Implementation Schedule set forth below. Notices and Claim Forms returned to the Claims Administrator as non-delivered during the forty-five (45) calendar day period for the filing of claims shall be resent to the forwarding address, if any, on the returned envelope. If the resent envelope is returned unopened, the Claims Administrator shall attempt to ascertain the correct address through one reasonable attempt to locate the Class Member. The Court finds the dates selected for the mailing and distribution of the Notice and the Claim Form, as set forth in the Implementation Schedule, meet the requirements of due process and provide the

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

[PROPOSED] ORDER GRANTING JOINT MOTION FOR CERTIFICATION OF SETTLEMENT CLASS

best notice practicable under the circumstances and shall constitute due and sufficient notice to all persons entitled thereto.

6.   It is ordered that the Settlement Class is preliminarily certified for settlement purposes only.

7.   The Court confirms the Law Offices of Michael Tracy as Class Counsel for purposes of settlement only.

8.   The Court confirms Simpluris as the Claims Administrator.

9.   The Court orders the following Implementation Schedule for further proceedings:

| | |
|---|---|
| Deadline for Claims Administrator to Mail the Notice and the Claim Form to Class Members | 45 Days after Court Orders Preliminary Approval of Settlement |
| Deadline for Class Members to Postmark Claim Forms, Request Exclusion from the Class (opt out) and serve written objections to the Settlement. | 45 Days after Notice of Proposed Class Action Settlement and Claim Form is mailed by the Claims Administrator. |
| Deadline for Class Counsel to file Motion for Final Approval of Settlement, Motion for Attorneys' Fees, Costs, and Enhancement Award | Two weeks prior to the date set by the Court for the Final Fairness Hearing |
| Final Fairness Hearing and Final Approval | July 28 2011, 2:00 p.m. |

10.   Pending final approval of the settlement, the Court hereby ENJOINS any Class Member, whether acting directly, in a representative capacity, or in any other capacity, and whether

2.

**[PROPOSED] ORDER GRANTING JOINT MOTION FOR CERTIFICATION OF SETTLEMENT CLASS**

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

or not any such Class Member has appeared in the litigation, from asserting, instituting or prosecuting in any capacity in any court or governmental agency any claims released in the settlement against Defendant or against any other parties released by the settlement.

IT IS SO ORDERED.

Dated: March 29, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

.

Firmwide:100097668.1 040660.1069

3.

**[PROPOSED] ORDER GRANTING JOINT MOTION FOR CERTIFICATION OF SETTLEMENT CLASS**

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940