# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**HOLLI MENDEZ, ET AL.,**

CASE NO: **2:10–CV–00072–MCE–DAD**

v.

**TWEEN BRANDS INC,**

<u>XX</u> –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 8/8/2011**

**Victoria C. Minor**
Clerk of Court

ENTERED: **August 8, 2011**

by: /s/ D. Duong
Deputy Clerk